IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br><br><br>　　vs.<br><br><br><br>BRADLEY GRANT KITCHEN, et al.,<br><br>　　Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT BOLICK'S MOTION TO DISMISS AND DENYING AS MOOT DEFENDANTS' MOTIONS FOR BILL OF PARTICULARS<br><br><br><br>Case No. 2:07-CR-895 TS |

　　This matter came before the Court on July 8, 2008, for an evidentiary hearing and oral argument on a number of pending motions. At the hearing, the Court denied Defendant Bolick's Motion to Dismiss and converted it into a Motion to Suppress. Additionally, based on the evidence provided at the hearing, Defendants Hadlock, Cloward, Garrett, and Clarke withdrew their Motions for a Bill of Particulars.

　　It is therefore

　　ORDERED that Defendant Bolick's Motion to Dismiss (Docket No. 87) is DENIED. Defendant's Motion will be converted into a Motion to Suppress. It is further

1

ORDERED that Defendants' Motions for a Bill of Particulars (Docket Nos. 32, 54, 78, and 83) are DENIED AS MOOT based on counsel's representations that those motions are withdrawn.

DATED   July 9, 2008.

BY THE COURT:

_____
TED STEWART
United States District Judge