IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRADLEY GRANT KITCHEN, et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER GRANTING UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY<br><br><br>Case No. 2:07-CR-895 TS |

      This matter comes before the Court on the government's Motion for Reciprocal Discovery. For the reasons discussed below, the Court will grant the Motion.

      On January 11, 2008, the government filed its Statement of Discovery Policy.[1] As part of its Statement, the government requested that it be allowed to inspect and copy certain items pursuant to Fed.R.Crim.P. 16(b). The government now states that Defendants have not provided reciprocal discovery and requests said discovery.

---

[1]Docket No. 29.

1

Defendant Clarke has responded to the government's Motion stating that he has identified two areas of evidence which may be subject to reciprocal discovery. Defendant Clarke indicates that the government may inspect and copy that evidence. Defendant Garrett has not responded to the government's Motion.

Based on the above, the Court finds that the government is entitled to reciprocal discovery in accordance with its Statement of Discovery Policy and Fed.R.Crim.P. 16. Reciprocal discovery should be made available to the government to inspect and copy by August 12, 2008, at 2:00 p.m.

It is therefore

ORDERED that the government's Motion for Reciprocal Discovery (Docket No. 243) is GRANTED.

DATED   August 12, 2008.

BY THE COURT:

_____
TED STEWART
United States District Judge